UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.

**Eric Andre Gray,**

Case No. 2:20-cr-87(2)

Judge Michael H. Watson

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge, ECF No. 62, that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Counts 1, 2, and 3 of the Superseding Information, and he is hereby adjudged guilty on those counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**